IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 11-cv-02210-MSK-MJW

DEUTSCHE BANK TRUST COMPANY AMERICAS, in its capacity as successor indenture trustee for certain series of Senior Notes;
LAW DEBENTURE TRUST COMPANY OF NEW YORK, in its capacity as successor indenture trustee for certain series of Senior Notes; and
WILMINGTON TRUST COMPANY, in its capacity as successor indenture trustee for the PHONES Notes,

       Plaintiffs,

v.

OPPENHEIMER MAIN STREET SELECT FUND (f/k/a Oppenheimer Main Street Opportunity Fund);
OPPENHEIMER MAIN STREET SMALL- & MID-CAP FUND (f/k/a Oppenheimer Main Street Small Cap Fund);
OPPENHEIMER VARIABLE ACCOUNT FUNDS (d/b/a Oppenheimer Main Street Small- & Mid-Cap Fund/VA, f/k/a Oppenheimer Main Street Small Cap Fund/VA);
OPPENHEIMERFUNDS, INC.,

       Defendants.

## ORDER REGARDING CUSTODY OF EXHIBITS AND DEPOSITIONS USED IN EVIDENTIARY HEARINGS AND TRIALS

IT IS ORDERED that, as to any exhibits and depositions used during evidentiary hearings or trials, counsel for the parties shall retrieve the originals of such exhibits and depositions from the Court following the evidentiary hearing or trial, and shall retain same for 60 days beyond the later of the time to appeal or conclusion of any appellate proceedings. The Court will retain its copy of the exhibits for the same time period after which the documents will be destroyed.

DATED this 1st day of September, 2011.

**BY THE COURT:**

_____

Marcia S. Krieger
United States District Judge