IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02210-MSK-MJW

DEUTSCHE BANK TRUST COMPANY AMERICAS, in its capacity as successor indenture trustee for certain series of Senior Notes;
LAW DEBENTURE TRUST COMPANY OF NEW YORK, in its capacity as successor indenture trustee for certain series of Senior Notes; and
WILMINGTON TRUST COMPANY, in its capacity as successor indenture trustee for the PHONES Notes,

Plaintiffs,

v.

OPPENHEIMER MAIN STREET SELECT FUND (f/k/a Oppenheimer Main Street Opportunity Fund);
OPPENHEIMER MAIN STREET SMALL- & MID-CAP FUND (f/k/a Oppenheimer Main Street Small Cap Fund);
OPPENHEIMER VARIABLE ACCOUNT FUNDS (d/b/a Oppenheimer Main Street Small- & Mid-Cap Fund/VA, f/k/a Oppenheimer Main Street Small Cap Fund/VA); and, OPPENHEIMERFUNDS, INC.,

Defendants.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Plaintiff's Motion to Stay Defendants' Time to Answer or Other Respond to the Complaint in this Action (docket no. 17) is GRANTED finding good cause shown.  The Rule 16 Scheduling Conference set for November 15, 2011, at 8:30 a.m. is converted to a Status Conference Hearing.  At this Status Conference, the parties shall be prepared to orally update this court on the parallel proceedings as outlined in the subject motion and with the status of the outstanding motion for multidistrict litigation.

Date:  October 13, 2011